### 915.  FIELDS *v.* McMICHAEL.

There was no error in overruling the certiorari.          *Judgment affirmed.*

Certiorari, from Ben Hill superior court—Judge Whipple. November 27, 1907.

Submitted February 17,—Decided February 24, 1908.

*E. Wall, J. J. Bull,* for plaintiff in error.

*O. H. Elkins,* contra.